Date signed January 25, 2006



PAUL MANNES
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| THOMAS T. QUATTLEBAUM | : | Case No. 05-26323PM |
| | : | Chapter 7 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| DENYSE C. MACKEY | : | |
| Plaintiff | : | |
| vs. | : | Adversary No. 05-1930PM |
| | : | |
| THOMAS T. QUATTLEBAUM | : | |
| Defendant | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

## MEMORANDUM OF DECISION

This case came before the court for a Pre-Trial Hearing on January 24, 2006. Both parties appeared by telephone in proper person. It was agreed by both parties on the record in the course of the hearing that there is no dispute as to the dischargeability of the claim held by Plaintiff, but the Defendant does dispute the amount still due and owing on the judgment entered in the New York action. This judgment is the basis for the wage garnishments issued by the Circuit Court for Prince George's County, Maryland, in the case of *Mackey v. Quattlebaum*, CAL 05-10237, pursuant to the Uniform Enforcement of Foreign Judgments Act, Md. Code Ann. Cts. & Jud. Proc. §§ 11-801-807 (2002). That collection was stayed by the filing of this bankruptcy case. However, the automatic stay of 11 U.S.C. § 362(a) no long applies to that garnishment by virtue of the entry of Debtor's discharge and the Order accompanying this Memorandum.

An Order will be entered providing that the debt is excepted from the effect of Debtor's discharge entered November 2, 2005, but the Order will not fix the amount due under the New York judgment.

cc:
Denyse C. Mackey, 260 Longhouse Lane, Slingerlands, NY 12159
Thomas T. Quattlebaum, 12339 Quarterback Court, Bowie, MD 20720
Crystal D. Harris, Esq., Williams Worthy, LLC, 5400 Kenilworth Ave., Riverdale, MD 20737

**End of Memorandum**